| Paddle Number | First Name | Last Name | Email | Telephone |
|---|---|---|---|---|
| 3000 | Matt | Couch | matt@consultsolon.com | (1814) 386-0413 |
| 3001 | Patrick | Pennington | pat@backstepbrewing.com | (1317) 409-0167 |
| 3002 | jay | mercer | jmercer@meganet.net | (508) 679-1901 |
| 3003 | Casey | Hughes | Casey@GTHConsulting.org | (1609) 505-1766 |
| 3004 | Roland | Eastman | roland@commercialassetsolution.com | (1603) 491-2450 |
| 3005 | Michael | Nolan | mike@northstarpkg.com | (1843) 364-7195 |
| 3006 | Aaron | Gilling | Gilling.aaron@gmail.com | (1715) 701-1778 |
| 3008 | GUY | CAMPBELL | SALES@FANUCSURPLUS.COM | (1613) 845-0223 |
| 3009 | K | Brent Stagg | brent-spm@cfl.rr.com | (1407) 947-7942 |
| 3010 | Brian | Nentrup | bnentrup@gmail.com | (1317) 364-1467 |
| 3011 | Roy | Maki | roymaki@live.com | (1978) 516-8803 |
| 3012 | chris | weld | chris@berkshiremountaindistillers.com | (1413) 429-6280 |
| 3013 | Phillip | Wolf | pwolf@printers101.com | (1718) 513-3476 |
| 3014 | Jack | Hendler | jack@jacksabby.com | (1508) 872-0900 |
| 3015 | Kyle | Roberts | auctions@sigmaequipment.com | (1812) 303-8383 |
| 3016 | Jason | Ager | jason@agertank.com | (1503) 780-4681 |
| 3017 | Adam | Kline | adam@heartland-harvest.com | (1765) 499-1016 |
| 3018 | Brian | Lock | brian@santafebrewing.com | (1505) 660-0565 |
| 3019 | Lonny | Thiessen | lonnythiessen@gmail.com | (1403) 869-4419 |
| 3020 | Knox | Ramsey | trey@760craftworks.com | (1646) 417-1671 |
| 3021 | Joshua | Lemke | joshualemke15@gmail.com | (1414) 841-4377 |
| 3023 | David | Linker | david@linkercorp.com | (1201) 873-6873 |
| 3025 | Claudio | Tarquinio | sales@scixr.com | (1609) 658-3909 |
| 3027 | Paul | Seppanen | paul@a-rent.com | (1630) 207-0812 |
| 3028 | mark | campbell | mcampbell@nsc24.com | (1936) 334-0514 |
| 3029 | Alexa | Epstein | AEpstein@perryvidex.com | (1609) 267-1600 |
| 3030 | Guillermo | Fernandez Duq | gfernandez@nacionalmorelos.com.mx | (52443) 312-7839 |
| 3031 | George | Humbert | dogbevco@gmail.com | (1443) 739-5727 |
| 3032 | Anthony | Arons | aparons@tauberaronsinc.com | (1323) 313-4155 |
| 3033 | Fridrik | Magnusson | beer@qajaqbeer.com | (354) 865-1350 |
| 3034 | Kieran | Higgins | kieran@firomar.com | (1914) 447-4196 |
| 3035 | Matt | Czigler | czig@czigmeisterbrewing.com | (1201) 874-7342 |
| 3036 | Ryan | DeHart | ryan@witherspoondistillery.com | (1214) 612-0547 |
| 3037 | Eric | Lindskog | protomachineinc@aol.com | (1631) 586-3911 |
| 3038 | Richard | Arrabito | rich@daniginc.com | (1973) 699-7141 |
| 3039 | Max | Levin | mlevin@safesavings.com | (1609) 922-6637 |
| 3040 | Vincent | Baldino | vincent.baldino@gmail.com | (1856) 693-2423 |

| | | | | |
|---|---|---|---|---|
| 3041 | Johnpeter | Ngunjiri | jngunj1@gmail.com | (1847) 909-8405 |
| 3042 | Andrew | Foss | AndrewRFoss@gmail.com | (1203) 300-3847 |
| 3044 | Frank | Lockwood | frank@reveriebrewing.com | (1917) 805-8564 |
| 3045 | Antonio | Debrito | debritoallc@gmail.com | (1203) 218-6147 |
| 3046 | Jeffrey | Empric | jeff@bootlegbucha.com | (1716) 828-6068 |
| 3047 | anthony | morency | anthonymorency@outlook.com | (1609) 802-4697 |
| 3048 | Bill | Maier | wmmaier@aol.com | (1843) 910-0076 |
| 3049 | Nathan | Cohen | ncohen@jenasons.com | (97258) 628-4262 |
| 3050 | Rich | Palmer | palmerrmpv@verizon.net | (1609) 471-8936 |
| 3051 | Campbell | Morrissy | campbell@pfriembeer.com | (1201) 704-6304 |
| 3053 | Eddie | Woods | ewoods@gloenv.com | (1281) 723-1177 |
| 3054 | Mike | Karya | sanoxyinc@gmail.com | (1201) 614-3386 |
| 3055 | peter | medaro | newyorkny4224@gmail.com | (1516) 805-0819 |
| 3056 | CARLOS | DEALDECOA | CARLOS@CADECO.CC | (1713) 670-0700 |
| 3057 | Seth | Bower | rcn.seth@gmail.com | (1215) 439-0347 |
| 3058 | Steve | Welsh | steve@yardsbrewing.com | (1215) 260-5297 |
| 3060 | Jess | Yeager | jess_yeager@msn.com | (1848) 333-5105 |
| 3061 | Derek | Sanchez | Purchasing@Equitech-bio.com | (1830) 257-0005 |
| 3062 | Boris | Ioffe | bioffe01@yahoo.com | (1917) 365-5907 |
| 3063 | Clayton | Christie | clayton@mapleexperts.com | (603) 359-8963 |
| 3064 | Richard | Brigante | ricky@questionreality.com | (1321) 276-3597 |
| 3065 | Robert | Seaman | rseaman@yuengling.com | (1570) 527-7860 |
| 3066 | Frank | Lockwood | frank@greenwoofeatures.com | (1917) 805-8564 |
| 3067 | Carlos | Jimenez | ezorigami5@gmail.com | (1201) 561-6890 |
| 3068 | Ryan | Sparrow | ryan.sparrow@sparrowssnacks.com | (1815) 351-9465 |
| 3069 | Ryan | Hart | ryan.maximum@gmail.com | (1403) 318-8781 |
| 3070 | Isaac | Williams | gkatz@crgauction.com | (860) 250-1115 |
| 3071 | Bridget | Blank | bblank@12percentimports.com | (1908) 310-4485 |
| 3072 | Craig | Rothrock | ironridgebrewing@gmail.com | (1717) 348-0993 |
| 3074 | Lorri | Cooper | lcooper@lawartisans.com | (1440) 915-2181 |
| 3075 | David | Traille | dtraille@caboosebrewing.com | (1925) 878-9522 |
| 3076 | David | Hulse | dave@pcpronow.com | (1609) 402-7040 |
| 3078 | Scott | McClellan | macbev@protonmail.com | (1267) 446-7695 |
| 3079 | Meredith | Roycroft | Mroycroft6@gmail.com | (1781) 929-1926 |
| 3080 | kurt | kanam | kurtkanam@gmail.com | (1360) 956-3742 |
| 3081 | Jason | Senior | jason@shelterdistilling.com | (1760) 965-6554 |
| 3083 | Brittany | Vegso | BVEGSO@ARTBREWVENTURES.COM | (1610) 329-9456 |
| 3084 | Scott | McClellan | scott@neshaminycreekbrewing.com | (1215) 458-7081 |
| 3085 | Glenn | Bernabeo | glenn@riverhorse.com | (1610) 937-2360 |
| 3086 | Travis | Graga | trgraga@norris-law.com | (1732) 597-8443 |
| 3087 | chris | prychka | spicolli28@aol.com | (1609) 839-6443 |
| 3088 | francis | busby | fcbusby@gmail.com | (1302) 314-6196 |

| | | | | |
|---|---|---|---|---|
| 3089 | Frank | Stempin | frank.stempin@capemaybrewery.com | (1609) 849-9933 |
| 3090 | Hayyim | Danzig | hayyimdanzig@gmail.com | (1610) 937-0910 |
| 3091 | Marat | Dosov | sales@dosovan.com | (1404) 877-8863 |
| 3092 | Carmen | Digeronimo | Awcco@aol.com | (1216) 554-0211 |
| 3093 | Jason | Bertero | JasonBertero@gmail.com | (1201) 906-9431 |
| 3094 | Ry | Ward | j.wellsbusiness@outlook.com | (1509) 421-2580 |
| 3095 | Jason | Schlaff | jason@fbcbrewing.com | (1248) 227-6867 |
| 3096 | Antonio | Salas | antonio@enacero.com | (1619) 386-5711 |
| 3097 | Avram | Hornik | av@fcm215.com | (1215) 906-5109 |
| 3098 | Bill | Kovach | replacementbearings@gmail.com | (1909) 816-7901 |
| 3099 | Tommaso | Maggiore | info@acousticales.com | (1949) 910-7061 |
| 3100 | Josh | DePoe | josh@breakdown.solutions | (1609) 464-3680 |
| 3101 | Danny | Dailey | sales@whfnutrition.com | (1859) 304-1225 |
| 3102 | Kevin | Brand | kevin@512brewing.com | (1512) 922-8093 |
| 3103 | William | Sanders | centrifuges@sandersequipment.com | (1727) 773-0077 |
| 3104 | Robert | Howdershell | shhaaaaggy@yahoo.com | (1609) 876-2673 |
| 3105 | Terry | Miller | tmiller@suburbanbowlerama.com | (1717) 779-6748 |
| 3107 | Anyifuet | Linda Fonemba | anyifuetlinda@gmail.com | (1631) 703-4304 |
| 3108 | Alejandro | Cordova | cordova917@gmail.com | (1856) 912-6928 |
| 3109 | Stephen | Fernandez | Stephenjf61@gmail.com | (1609) 685-8919 |
| 3110 | Donald | Southern | donaldleesouthern@gmail.com | (1336) 707-3368 |
| 3111 | Stanley | Zala | sales@zalamachine.com | (1908) 431-9106 |
| 3112 | Ian | Pham | ian@imacstone.com | (1604) 671-2820 |
| 3113 | Joanne | Robinson | robinson.js@gmail.com | (1609) 568-0503 |
| 3114 | dan | daily | danieljamesdaily@yahoo.com | (1856) 993-3126 |
| 3115 | franklin | lomax | fdlomax@gmail.com | (1703) 862-9656 |
| 3117 | Susan | Brandley | susiebrandley@yahoo.com | (1856) 264-3085 |
| 3118 | Dennis | Mayhew | dennis@siriusciders.com | (1856) 305-2933 |
| 3119 | Abdelkrim | mourchid | mourchidabd@hotmail.fr | (1201) 878-8426 |
| 3120 | Pamela | Becker | panjca@aol.com | (1856) 495-3726 |
| 3121 | James | Luo | jluo@luo3.com | (1718) 668-5968 |
| 3122 | Christopher | Campbell | campbell789@gmail.com | (1631) 747-6201 |
| 3123 | Matthew | Meyer | mattmeyer@equipmentloop.com | (1209) 598-5750 |
| 3124 | GYULA | DEKAN | kukifuty@gmail.com | (1201) 681-1950 |
| 3125 | Matthew | Venuto | matthew.j.venuto@gmail.com | (1609) 828-3509 |
| 3126 | Colin | Yoder | yoder@yoderbrothersmachinery.com | (1419) 269-2000 |
| 3127 | Stefan | Popescu | stefan@guilfordhall.com | (1561) 866-8688 |
| 3128 | David | Darlington | Ddarlington@me.com | (1401) 578-0970 |
| 3129 | tim | mcadam | tmcadam@empregister.com | (1631) 434-3700 |
| 3130 | John | Brenner | john.brenner@btecsolutions.com | (1215) 651-8624 |
| 3132 | Jim | Beeman | jim@7locksbrewing.com | (1301) 204-3665 |

| | | | | |
|---|---|---|---|---|
| 3133 | martin | tragni | martinmt@live.com | (1617) 515-9465 |
| 3134 | Yonasan | Schwartz | info@promisedlandbeverage.com | (1917) 749-3486 |
| 3135 | Shane | Beach | shanepbeach@gmail.com | (1856) 470-4117 |
| 3136 | James | Southwick | jamessouthwick11@gmail.com | (1856) 535-4316 |
| 3137 | Scott | Tarzy | starzy@exllc.com | (1856) 287-2071 |
| 3138 | Bryan | Kelly | bryan.kelly@suspendsup.com | (1917) 890-2232 |
| 3139 | Victor | Pool | victor@landgrantbrewing.com | (1330) 418-8037 |
| 3140 | Lawrence | Epstein | maritza@nationalmachy.com | (1973) 344-6100 |
| 3141 | Chris | Harken | chris.harken@isomericindustries.com | (1678) 713-4275 |
| 3142 | E | Haj | eyas@dieselpowertrains.com | (1318) 224-1652 |
| 3143 | Steve | Pavick | servicevending@aol.com | (1973) 768-4473 |
| 3144 | Kyle | Carney | kyle@triplebottombrewing.com | (1267) 980-1499 |
| 3145 | Mike | Scarrow | mikenfcd@gmail.com | (1416) 371-1065 |
| 3147 | Khatira | Besmillah | kingsrentalequipment@gmail.com | (1647) 297-3299 |
| 3149 | Geoff | Bado | geoff@drinkzeds.com | (1856) 278-4242 |
| 3150 | Richard | DiVerniero | rich@bonesawbrewing.com | (1856) 816-3709 |
| 3151 | Don | Gosen | dgosen@aol.com | (1314) 409-2466 |
| 3155 | Brian | George | bpg3000@gmail.com | (1215) 681-1322 |
| 3156 | Ray | Rice | accountspayable@rbproductsinc.com | (1281) 992-3500 |
| 3157 | Eric | Gingras | egingras27@gmail.com | (1819) 300-0684 |
| 3158 | Brandon | Greenwood | brandon.greenwood@capemaybrewery.com | (1267) 975-8313 |
| 3159 | Evan | Congleton | Ercongleton@gmail.com | (1260) 243-1419 |
| 3160 | william | Biba | wbiba@optonline.net | (1631) 806-4905 |
| 3161 | Aaron | D | aaronbuying@yahoo.com | (1609) 313-8886 |
| 3162 | charles | kammar | ckammar1@twcny.rr.com | (1315) 427-3367 |
| 3163 | Hannah | Fredenburg | fusesandmore24@gmail.com | (1317) 289-1032 |
| 3164 | David | Lund | dave.lund@lundfamily.ca | (1416) 200-0260 |
| 3165 | William | Sanders | buyer1@bid-exchange.com | (1678) 895-9656 |
| 3166 | Paul | Travaglino | ptravaglino@gmail.com | (1203) 253-5135 |
| 3167 | Ed | Lozano | erlozano@rcn.com | (1917) 723-0010 |
| 3168 | Nirmal | Nair | nirmal.nair@gmail.com | (1408) 373-3681 |
| 3169 | Edward | Vaughan | eddie@emoneyog.com | (1202) 486-7001 |
| 3170 | Jeff | Assmann | High-Bid@wi.rr.com | (1262) 227-7774 |
| 3171 | Mark | Said | lelandbrewing@gmail.com | (1919) 609-1226 |
| 3172 | Kyle | Hoffmann | Kyle.hoffmann@comcast.net | (1717) 799-8428 |
| 3173 | Shawn | Mooney | kmm4225@msn.com | (1732) 684-7338 |
| 3174 | Jack | Franklin | jack.franklin@eastextool.com | (1936) 788-8461 |
| 3175 | Carrie | Parejo | carrie.parejo@yahoo.com | (1856) 745-8272 |
| 3176 | Thomas | Leakan | tl326@yahoo.com | (1856) 630-6652 |

EXHIBIT "A"

4a

| | | | | |
|---|---|---|---|---|
| 3177 | Stephen | Murdoch | smurdoch@absolutemachinery.com | (1508) 792-4305 |
| 3178 | Chris | Widell | chris@libertyeventrentals.com | (1856) 314-7368 |
| 3179 | Michael | Recchia | mrecchia@verizon.net | (1551) 482-4444 |
| 3180 | Ben | Bredesen | ben.bredesen@gmail.com | (1615) 715-0302 |
| 3181 | Daniel | Leonard | dan@603brewery.com | (1603) 630-9637 |
| 3182 | Michael | Oliver | mike@spellboundbrewing.com | (1609) 306-6590 |
| 3183 | Faris | Jarbo | Farisja@gmail.com | (1586) 899-8388 |
| 3184 | Joseph | Vaughn | joev@ercsurplusequip.com | (1440) 942-3003 |
| 3185 | Kathleen | Trowbridge | Kathleen.Trowbridge@wsp.com | (1856) 906-9490 |
| 3186 | tom | bonarrigo | cjmfg@cfl.rr.com | (1386) 871-6045 |
| 3187 | David | Gelbwachs | david@sevensonsbrewing.com | (1732) 921-0377 |
| 3188 | Kevin | McGarvey | kmcgarvey@stratoinc.com | (1856) 889-5158 |
| 3189 | Brian | Needham | brian@dnbcbeer.com | (1856) 952-5605 |
| 3190 | Michael | Lowenberger | mikelowenberger@gmail.com | (1609) 315-0461 |
| 3191 | william | moy | williamsmoy@yahoo.com | (1609) 209-0056 |
| 3192 | Michael | Cohen | mcohen@aaronequipment.com | (1630) 258-2542 |
| 3193 | Ariel | Angeles | aangeles@fraingroup.com | (1630) 889-5719 |
| 3194 | seth | Mathlery | seth.mathlery@gmail.com | (1434) 489-9381 |
| 3195 | Robert | Kolb | Transmitterbrewing@gmail.com | (1347) 528-0091 |
| 3196 | Emily | Mobley | emmobley@icloud.com | (1913) 526-3258 |
| 3197 | DeWayne | Dunham | ddunham@forcineconcrete.com | (1843) 333-8605 |
| 3198 | Andy | Fraser | afraser@moonstonemechanical.com | (1705) 733-7914 |
| 3199 | Shiromanie | Gartner | shiro@cpiping.com | (1803) 428-4510 |
| 3200 | Justin | Dvorkin | Justin@206rg.com | (1201) 906-0283 |
| 3201 | Ralph | Eibert | beertank83@gmail.com | (1201) 315-9137 |
| 3202 | Matthew | Haggerty | matthewhaggerty2@gmail.com | (1570) 446-8901 |
| 3203 | Manouch | Ilkhani | Milkhani@ispicefoods.com | (1514) 497-0949 |
| 3204 | Scott | Morrison | farmhousebrewer@comcast.net | (1610) 547-2235 |
| 3205 | Rob | North | rob@greatnorthaleworks.com | (1603) 498-8152 |
| 3206 | Chris | Hazel | chris@casebycasecanning.com | (1213) 458-9664 |
| 3207 | Nick | Bercute | nick@ecrecon.com | (1609) 805-3348 |
| 3208 | David | Raso | gffc66@gmail.com | (1609) 221-7818 |
| 3209 | Drew | Perry | drewtyson@yahoo.com | (1609) 707-3592 |
| 3210 | joshua | stafford | sales@premiumplc.com | (1810) 531-0356 |
| 3211 | Charles | DiGuglielmo | charles.digug@gmail.com | (1856) 520-1924 |
| | | | | |
| | | | | |

| Company Name | Address | Town | CountyState |
|---|---|---|---|
| Solon Consulting LLC. | 12060 Trotwood Dr | Austin | Texas |
| Backstep Brewing Company | 125 N Green St | Crawfordsville | Indiana |
| j little mercer co. | 254 hornbine road | rehoboth | MA |
| GTH Consulting | 2712 Royal Ct | Tampa | Florida |
| C.A.S. Rigging / Commercial Asset Solution, Inc. | 230 North Road | Salisbury | New Hampshire |
| North Star Packaging | 2651 Parish Landing | Mt Pleasant | South Carolina |
| Stubborn Brothers Brewery | 220 S Main Street | Shawano | Wisconsin |
| 7617712 CANADA INC | 1811 Plantagenet Concession 1 | Plantagenet | Ontario |
| Southeast Packaging Machinery Inc | PO Box 755 | Minneola | Florida |
| Whippletree Holdings LLC | 147 S Madison Ave | Greenwood | Indiana |
| Industrial Air Compressor LLC Gardner MA 01440 | 241 Worcester Road | Westminster | Massachusetts |
| bmd | 1640 home rd | great barrington | Massachusetts |
| Online Electronics Liquidation | 2116 E 21 ST | Brooklyn | New York |
| 10000 | 100 Clinton St | Framingham | Massachusetts |
| Sigma Equipment | 424 E Inglefield Rd | Evansville | Indiana |
| Ager Tank & Equipment Co. | 3333 NW Front Ave | Portland | Oregon |
| Heartland Harvest Processing, LLC | 938 E. 58th Street | Indianapolis | Indiana |
| Santa Fe Brewing Co. | 508 Camino Lejo | Santa Fe | New Mexico |
| Bevmax Inc | 93 silverhorn blvd | Calgary | Alberta |
| 760 Craft Works, LLC | 19032 Mountainview Dr | Cornelius | North Carolina |
| RJ-Equipment Services | 2313 Granville Rd | West Bend | Wisconsin |
| Linker Equipment | PO Box 822 | Alpine | New Jersey |
| SciXR | 31 Airpark Rd | Princeton | New Jersey |
| A-Rent Test Equipment | 7531 Brush Hill Dr | Burr Ridge | Illinois |
| NSC | 317 Industrial Cir | Liberty | Texas |
| Perry Videx | 25 Mount Laurel Road | Hainesport | New Jersey |
| Duqtrade SA DE CV | Av. Acueducto 625 Int 210 | Morelia | |
| The DOG Beverage Company, Inc. | 1203 New Windsor Rd | Westminster | Maryland |
| Tauber-Arons | 13848 Ventura Blvd | Sherman Oaks | California |
| Hotel Narsaq aps | Gunnarsbraut 46 | Reykjavik | |
| Firomar | 337 Knollwood ave | Douglaston | New York |
| Czig Meister Brewing | 106 Valentine St | Hackettstown | New Jersey |
| Bendt Distilling Co. | 225 S Charles St | Lewisville | Texas |
| Proto Machine Inc | 60 Corbin Avenue | Bay Shore | New York |
| Danig Construction Inc | 2129 Harmon Cove Tower | Secaucus | New Jersey |
| SafeSavings, Inc. | 77 Holly Oak Dr | Voorhees | New Jersey |
| | 323 Race St | Philadelphia | Pennsylvania |

EXHIBIT "A"                                                                                       1b

| | | | |
|---|---|---|---|
| self | 100 Wrenfield Ln | Gilbertsville | Pennsylvania |
| Human Robot | 7 E Pleasant St | Philadelphia | Pennsylvania |
| Reverie Brewing Company | 57 B Church Hill Road | Newtown | Connecticut |
| Debrito llc | 142 Platt st | Ansonia | Connecticut |
| Buffalo Fermentation Inc | 23 Castle Creel Trail | Williamsville | New York |
| MCC | 256 Paxson Ave | Hamilton | New Jersey |
| Carolina Process Equipment | 6179 Teals Mill Rd | Cheraw | South Carolina |
| The Great Distillery of Israel | Arik Lavi 14 Apt 18 | netanya | |
| | 1312 BARNESDALE RD | West Deptford | New Jersey |
| pFriem Family Brewers | 1605 Stella Ln | Hood River | Oregon |
| Global Envirotech Inc. | Global Envirotech | Alvin | Texas |
| Karbey Inc | 20-21 Wagaraw Rd | Fair Lawn | New Jersey |
| new era | Malverne, NY 11565 | MALVERNE | New York |
| CADECO INDUSTRIES | 11510 Shadow Way Street | HOUSTON | Texas |
| | 714 Public Road | Bethlehem | Pennsylvania |
| Yards Brewing Company | 500 Spring Garden St | Philadelphia | Pennsylvania |
| | 160 Larrison Road | Wrightstown | New Jersey |
| Equitech-Bio. Inc | 512 Cotton Gin Ln | Kerrville | Texas |
| iMarine | 218 Bright Street | Jersey City | New Jersey |
| Maple Expert Solutions, Inc. | 88 State Shed Road | Henniker | New Hampshire |
| Pseudonym Productions | 6702 Wayne Ave | Philadelphia | Pennsylvania |
| D.G. Yuengling & Son | 3044 Ridgeview Drive | Orwigsburg | Pennsylvania |
| That's Silly Entertainment LLC | 1A Milwaukee Ave | Bethel | Connecticut |
| | 66 Jewell St | Garfield | New Jersey |
| Little Brown Bird LLC dba Sparrow's | 224 Bellevue Ave | Haddonfield | New Jersey |
| E&I Oilfield Surplus Inc. | 155-37411 Waskasoo Ave | Red Deer County | Alberta |
| Capital Recovery Group | 1654 King Street | Enfield | Connecticut |
| Twelve percent | 341 State St | North Haven | Connecticut |
| Iron Ridge | 9074 Us Highway 522 S | Lewistown | Pennsylvania |
| The Block Online Auction LLC | 809 Bearing Ct | Amherst | Ohio |
| Caboose Brewing Co. | 2918 Eskridge Rd | Fairfax | Virginia |
| P C PRO NOW LLC | 104 S White Horse Pike | Berlin | New Jersey |
| Mac Beverage Solutions | 117 N. Towamencin Ave | Lansdale | Pennsylvania |
| | 6 Patriot Cir | Wakefield | Massachusetts |
| Kurtservices | 2103 harrison #143 | olympia wa | Washington |
| Shelter Distilling | PO Box 9374 | Mammoth Lakes | California |
| Artisanal Brewing Ventures | 4001 Yancey Rd | CHARLOTTE | North Carolina |
| Neshaminy Creek Brewing Co. | 909 Ray Ave | Croydon | Pennsylvania |
| RHB Acquisition LLC | 2 Graphics Dr | Trenton | New Jersey |
| | 816 Castle Dr | Toms River | New Jersey |
| | 5359 SOMERS POINT RD | MAYS LANDING | New Jersey |
| Nielsen-Kellerman | 6 hillcrest ln | elkton | Maryland |

| | | | |
|---|---|---|---|
| Cape May Brewery | 349 Ranger Rd | Rio Grande | New Jersey |
| | 61 BAYEAU RD | NEW ROCHELLE | New York |
| Dosovan | 43000 W 9 Mile Rd Ste 100 | Novi | Michigan |
| American wholesale refrigeration | 4001 hamilton ave | cleveland | Ohio |
| Newbert & Sons | 310 Marguerite St | New Milford | New Jersey |
| RCB Wholesale | 300 E 56TH ST | New York | New York |
| Farmington Brewing Company LLC | 33200 W 9 Mile Rd | Farmington | Michigan |
| Manufacturas en acero SA de CV | PMB # 812 | SAN YSIDRO, CA | California |
| | 901 n delaware ave | phila | Pennsylvania |
| Industrialresellers.com | 2972 E. Big Range Road | Ontario | California |
| Carlsbad Brewing Company | 6133 Innovation way | Carlsbad | California |
| BreakDown Solutions | 1810 River Ave | Camden | New Jersey |
| Winhill Farm | 7974 Mount Sterling Rd | Winchester | Kentucky |
| 512 Brewing Company | 407 Radam Lane, F200 | Austin | Texas |
| SANDERS EQUIPMENT COMPANY | 3505 TARPON WOODS BLVD | PALM HARBOR | Florida |
| | 4311 Aberdeen dr | Mount laurel | New Jersey |
| TSM Bowl LLC | 1945 S QUEEN ST | YORK | Pennsylvania |
| cam cargo corporation | 3018 Heath ave apt B21 | Bronx | New York |
| | 1528 Pine Ave | Voorhees | New Jersey |
| | 305 Warren Ave | BELLMAWR | New Jersey |
| Southern Online | 610 N 3rd Ave | Siler City | North Carolina |
| Zala Machine Co., Inc. | 109 Stryker Lane, Bld 3, Suite 11 | HIllsborough | New Jersey |
| | 100-11488 Eburne Way | Richmond | British Columbia |
| | 316 Cedar Ave | Somerdale | New Jersey |
| | 206 Mercer St | Gloucester City | New Jersey |
| Headwaters Ironworks LLC | 3870 Dugue Rd | Hector | New York |
| | 237 Hinton Way | Somerdale | New Jersey |
| Sirius Ciders | 373 Harding Hwy, Unit 1 | Pittsgrove | New Jersey |
| ezRME repair | 100 Academy St | piscataway | New Jersey |
| | 3 Garton Court | Sewell | New Jersey |
| LUO 3 Technology Inc | 115 E Figurea Ave | Staten Island | New York |
| Fox House Brewing | 515 Prince St. | Bordentown | New Jersey |
| Very good Mfg | 5130 Brush Creek Rd | Fort Worth | Texas |
| | 420 B VAN BUSSUM AVE | Garfield | New Jersey |
| | 71 Harding Avenue | Oaklyn | New Jersey |
| Yoder Brothers Machinery | 10559 Geiser Rd | Holland | Ohio |
| Guilford Brewing | 320 N Charles St | Baltimore | Maryland |
| VTAG LLC | 24 Rodman Lane | North kingstown | Rhode Island |
| electronic mahcine parts | 400 Oser Ave Ste 2000 | hauppauge | New York |
| B-Tec Solutions, Inc. | 24 edgemont ln | langhorne | Pennsylvania |
| Sligo Mill Brewing LLC | 12227 Wilkins Ave | Rockville | Maryland |

| | | | |
|---|---|---|---|
| martin tragni co. | 11 FRANKLIN AVE | NORTH ATTLEBORO | Massachusetts |
| Promised Land Beverage CO, LLC | 248 OAKWOOD AVE | CEDARHURST | New York |
| | 1225 Oakwood Rd | Haddonfield | New Jersey |
| | 109 Pennsylvania Ave | Somerdale | New Jersey |
| Equipment Xchange | 309 Columbia Road | Hammonton | New Jersey |
| Suspendsup | 300 Rocksville Rd | Southampton | Pennsylvania |
| Land-Grant Brewing Company | 424 W Town St | Columbus | Ohio |
| National Machinery Exchange, Inc. | 158 Paris Street | Newark | New Jersey |
| Isomeric Industries | 6928 King Ranch Rd | Odessa | Texas |
| Zahra LLC | 1300 Sherwood Dr | Ruston | Louisiana |
| SVI | 86 chatham terrace | Clifton | New Jersey |
| Triple Bottom Brewing Company | 850 North Ringgold Street | Philadelphia | Pennsylvania |
| Niagara Falls Craft Distillers | 8699 Stanley Ave | Niagara Falls | Ontario |
| Kings Rental Inc | 25 frybrock cres | Richmond hill | Ontario |
| Zed's Beer | 19 N Maple Ave | Marlton | New Jersey |
| Bonesaw Brewing Co. | 18 Valley Lane | Mullica Hill | New Jersey |
| Copper Mule Distillery | 2258 Hwy 100 | Hermann | Missouri |
| | 300 Washington Ave. | Haddonfield | New Jersey |
| RB Products inc | 28522 E Benders Landing Blvd | Spring | Texas |
| Can-Mob | 2269 Du Croissant | Magog | Quebec |
| Cape May Brewing Co. | 409 Breakwater Road | Cape May | New Jersey |
| | 725 Ogen St | Hicksville | Ohio |
| Town and Country Sawmill | 73 s swezeytown road | middle island | New York |
| Train Wreck Distillery | PO Box 181 | Medford | New Jersey |
| kammars rest eq. | 585 shorelawn dr. | bridgeport | New York |
| Fuses N More LLC | 4990 Old Madisonville Rd | Hopkinsville | Kentucky |
| Novaquest metals inc | 51 valecrest drive | Toronto | Ontario |
| Resale | PO Box 80148 | Las Vegas | Nevada |
| Enlightened Foods LLC | 542 Haviland Rd | Stamford | Connecticut |
| Savant Beverages / Weyerbacher Brewery | 905 Line St | Easton | Pennsylvania |
| Sempera Organics, Inc. | 16260 Church St | Morgan Hill | California |
| | 42710 | Leesburg | Virginia |
| Machine Werks of Milwaukee | 825 Madera Circle | Elm Grove | Wisconsin |
| Leland Brewing Co | 2017 Woodwind Drive | Leland | North Carolina |
| | 756 Breezy Way | Lititz | Pennsylvania |
| KSC PARTNERS | 1889 Route 9 Unit 68 | Toms River | New Jersey |
| Eastex Tool, LLC | 255 Evergreen Heights Rd | Coldspring | Texas |
| | 119 Lawrence Ave | Barrington | New Jersey |
| | 701 Sunset Drive | Somerdale | New Jersey |

| | | | |
|---|---|---|---|
| Absolute Machinery | 33 Southgate St | Worcester | Massachusetts |
| Liberty Event Rentals | 875 Cox Rd | Moorestown | New Jersey |
| AAA Atlantic, LLC | 619 E. 3rd Ave | Roselle | New Jersey |
| Fat Bottom Brewing Inc. | 1113 Forest Ave | Nashville | Tennessee |
| 603 Brewery | 42 Main Street | Londonderry | New Hampshire |
| Spellbound Brewing LLC | 10 Lippincott Lane | MOUNT HOLLY | New Jersey |
| CHICKPEA LLC | 39525 Mound Rd | Sterling Heights | Michigan |
| ERC | PO BOX 1235 | Willoughby | Ohio |
| | 1006 Rural Ave | Voorhees | New Jersey |
| cj mfg | 709 holly st | daytona beach | Florida |
| Bigstill Liquors | 27 Sebago Street | Clifton | New Jersey |
| Strato, Inc. | 20 Staats Rd. | Bloomsbury | New Jersey |
| | PO Box 306 | Haddonfield | New Jersey |
| | 17 Stockton Drive | Voorhees | New Jersey |
| | 18 pennsylvania ave. | hainesport | New Jersey |
| Aaron Equipment Company | 201 Hansen Ct. | Wood Dale | Illinois |
| Frain Industries | 245 E North Ave | CAROL STREAM | Illinois |
| | 1030 Hopewell Rd | Downingtown | Pennsylvania |
| Transmitter Brewing | 141 FLUSHING AVE. BUILDING 77 | BROOKLYN | New York |
| Limitless | 8113 Overland Park Dr | Overland Park | Kansas |
| DeWayne Dunham | 1720 Hopkins Ct | Blackwood | New Jersey |
| Moonstone Mechanical Inc. | 2251 15/16 Sideroad E | Oro-Medonte | Ontario |
| Carolina Piping and Rigging | 1214 Calvary Church Rd | Bishopville | South Carolina |
| Oliver Brewing Co | 1004 Boucher Ave | Annapolis | Maryland |
| | 11 Yuma Lane | Ringwood | New Jersey |
| | 809 Market Street | New Berlin | Pennsylvania |
| ISpice foods | 6450 higway 43 | Jackson | Alabama |
| Gravity Ales LLC | 306 Ivy Mills Rd | Glen Mills | Pennsylvania |
| Great North Aleworks | 1050 Holt Ave | Manchester | New Hampshire |
| Case by case canning | 10822 Huston St | North Hollywood | California |
| Ecrecon Inc | 46 Pennsgrove Pedricktown, Rd | Pedricktown | New Jersey |
| | 5 Tattersall Drive | MANTUA | New Jersey |
| One Tier LLC | 44 Atwater Rd | Chadds Ford | Pennsylvania |
| PremiumPLC | 50850 Central Industrial Dr | Utica | Michigan |
| | 39 Radnor blvd | Marlton | New Jersey |
| | | | |
| | | | |

| Zip Code/Postcode |
|---|
| 78753 |
| 47933-1708 |
| 02769 |
| 33602 |
| 03268 |
| 29466 |
| 54166 |
| K0B1L0 |
| 34755 |
| 46142-3572 |
| 01473 |
| 01230 |
| 11229 |
| 01702-6748 |
| 47725 |
| 97210 |
| 46220 |
| 87505-7509 |
| T3R0X3 |
| 28031-7614 |
| 53095-9601 |
| 07620-0001 |
| 08540-1533 |
| 60527-7575 |
| 77575-3447 |
| 08036 |
| 58230 |
| 21158-6704 |
| 91423 |
| 00105 |
| 11363 |
| 07840-2156 |
| 75057-3903 |
| 11706 |
| 07094 |
| 08043-1540 |
| 19106-1866 |

EXHIBIT "A"

1c

| |
|---|
| 19525 |
| 19119-2143 |
| 06801 |
| 06401 |
| 14221 |
| 08690-1941 |
| 29520 |
| 4249329 |
| 08096 |
| 97031 |
| 77511 |
| 07410 |
| 11565 |
| 77024 |
| 18015 |
| 19123-2833 |
| 08562 |
| 78028-9376 |
| 07302 |
| 03242 |
| 19119-3522 |
| 17961 |
| 06801 |
| 07026-3755 |
| 08033-3856 |
| T4S 1Y2 |
| 06082 |
| 06473-3112 |
| 17044-8908 |
| 44001-3457 |
| 22031-2202 |
| 08009-2302 |
| 19446 |
| 01880-1864 |
| 98502 |
| 93546 |
| 28217 |
| 19021 |
| 08628-1546 |
| 08753-5632 |
| 08330 |
| 21921 |

EXHIBIT "A"

2c

| |
|---|
| 08242 |
| 10804 |
| 48375-4180 |
| 44114 |
| 07646 |
| 10022-4135 |
| 48336-4404 |
| 92173- |
| 19123 |
| 91761 |
| 92009 |
| 08105 |
| 40391-9405 |
| 78745 |
| 34685-2213 |
| 08054 |
| 17403 |
| 10463 |
| 08043-3629 |
| 08031 |
| 27344 |
| 08844 |
| V6V 3E1 |
| 08083 |
| 08030 |
| 14841 |
| 08083 |
| 08318 |
| 08846 |
| 08080 |
| 10308-1918 |
| 08505 |
| 76119 |
| 07026 |
| 08107 |
| 43528-8506 |
| 21201-4354 |
| 02852 |
| 11788 |
| 19047 |
| 20852-1833 |

| |
|---|
| 02760 |
| 11516 |
| 08033 |
| 08083-1203 |
| 08037 |
| 18966-2060 |
| 43215-4040 |
| 07105 |
| 79765-2206 |
| 71270 |
| 07013 |
| 19130 |
| L2G 0E1 |
| L4b4b8 |
| 08053-3007 |
| 08062 |
| 65041 |
| 08033 |
| 77386-1809 |
| J1X 5T9 |
| 08204 |
| 43526-1420 |
| 11953 |
| 08055-0181 |
| 13030 |
| 42240-9070 |
| M9a4p5 |
| 89180 |
| 06903-2234 |
| 18042-7379 |
| 95037-7134 |
| 20176 |
| 53122 |
| 28451 |
| 17543-6512 |
| 08755 |
| 77331-8711 |
| 08007 |
| 08083 |

EXHIBIT "A"

4c

| |
|---|
| 01610 |
| 08057-3939 |
| 07203 |
| ==37206-2737== |
| 03053 |
| ==08060== |
| 48310-2744 |
| 44096 |
| 08043-2232 |
| 32117 |
| 07013 |
| ==08804== |
| 08033 |
| 08043 |
| ==08036== |
| 60191 |
| ==60188== |
| 19335-1209 |
| 11205 |
| 66204-3746 |
| 08012-2208 |
| L0L 1T0 |
| ==29010== |
| 21403-2304 |
| 07456-1225 |
| 17855 |
| 36545 |
| 19342 |
| ==03109== |
| ==91601-4612== |
| 08067 |
| ==08051== |
| 19317-9112 |
| 48315-3118 |
| 08053 |
| |
| |

EXHIBIT "A"

5c