| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-2(c)*<br><br>Ellen M. McDowell, Esquire<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>(856) 482-5544<br>emcdowell@mcdowelllegal.com<br>Attorneys for Debtor In Possession | |
| In Re:<br><br>Flying Fish Brewing Company, LLC<br><br>    Debtor. | Case No. 23-21917<br><br>Hearing Date:  02/14/2024<br><br>Judge:  Hon. Jerrold N. Poslusny, Jr. |

**ORDER APPROVING RESULTS OF SALE OF
SUBSTANTIALLY ALL OF DEBTOR'S ASSETS**

    The relief set forth on the following pages, numbered two (2) through (3) is

hereby **ORDERED.**

| | |
|---|---|
| Debtor: | Flying Fish Brewing Company, LLC |
| Case #: | 23-21917/JNP |
| Caption of Order: | Order Approving Sale of Substantially All of Debtor's Assets |

## APPROVING SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS

Upon the motion (the "Motion") of Flying Fish Brewing Company, LLC (the "Debtor") for approval of bidding and procedures and sale of assets, the Court having granted the Motion on February 6, 2024 (the "Bidding and Sale Order"); and the Motion having contemplated the submission of a Report of Auction being filed by February 14, 2024 (the "Report"); and the Debtor having filed the Report; and all parties having had an opportunity to review and object to the Report; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Report shall be and hereby is **APPROVED**; and it is further

**ORDERED** that the Debtor is authorized to transfer title to the assets sold at auction free and clear of liens in accordance with the further, applicable provisions of the Bidding and Sale Order; and it is further

**ORDERED** that the lien of Celtic Capital Corporation shall attach to the proceeds of sale; and it is further

**ORDERED** that the proceeds of sale of the assets shall be transferred immediately to the attorney trust account of McDowell Law, PC; and it is further

**ORDERED** that the Debtor and Celtic Capital Corporation shall immediately confer concerning the amount of Celtic Capital Corporation's payoff, and if an agreement is reached, the Debtor is authorized and directed to distribute the agreed-upon payoff within twenty-four hours of such agreement; and it is further

Debtor:             Flying Fish Brewing Company, LLC
Case #:             23-21917/JNP
Caption of Order:   Order Approving Sale of Substantially All of Debtor's
                    Assets

**ORDERED** that if the Debtor and Celtic Capital Corporation are unable to reach agreement concerning the amount of Celtic Capital's payoff, there shall be a hearing on _____ at ___ _.m. to fix the amount of such payoff; and it is further

**ORDERED** that the Debtor shall seek Court approval of any proposed sale of the assets not sold at the sale on February 13, 2024.